670 A.2d 1053

IN THE MATTER OF ARTHUR J. BREITKOPF,
AN ATTORNEY AT LAW.

February 9, 1996.

## ORDER

The Disciplinary Review Board having on December 15, 1995, filed with the Court its decision concluding that **ARTHUR J. BREITKOPF** of **ELIZABETH,** who was admitted to the bar of this State in 1948, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.5 (failure to provide a written fee agreement), *RPC* 3.1 (proceeding in an action without a reasonable belief that there is a non-frivolous basis for doing so), and *RPC* 8.1(b) (failure to cooperate with the ethics authorities), and good cause appearing;

It is ORDERED that **ARTHUR J. BREITKOPF** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.